## **EXHIBIT 1:** SCREENGRAB OF VIDEO

