**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/watch/?v=947879466383622

